THE STATE OF OHIO, APPELLEE, *v.* MODEEN, APPELLANT.

[Cite as State *v.* Modeen (1986), 28 Ohio St. 3d 64.]

(No. 86-1148—Decided December 24, 1986.)

*Ronald J. O'Brien,* city attorney, for appellee.
*David H. Bodiker,* for appellant.

The judgment in this cause (case Nos. 85AP-907 and 85AP-908) has been certified to this court as being in conflict with the judgment of the court in *State* v. *Meadows* (Dec. 18, 1985), Hamilton App. No. C-850091, unreported, on the following issue: "Does the First Amendment to the United States Constitution prohibit the state of Ohio from enacting a criminal statute which prohibits the private possession of child pornography?"

Based on *State* v. *Meadows* (1986), 28 Ohio St. 3d 43, the judgment of the court of appeals is affirmed.

CELEBREZZE, C.J., LOCHER, HOLMES, C. BROWN, DOUGLAS AND WRIGHT, JJ., concur.

SWEENEY, J., not participating.